

**QUICK FIND**
Search
[ ] Go

- Become a Member
- Member Benefits
- Insurance Products
- Insurance Claims
- Insurance Agents
- Prevention & Safety
- Life Events
- Career Opportunities
- MFB Federation
- For Sale



Home | About Us | Contact Us | Privacy Policy | Pay On-line | Site Map

## Missouri Farm Bureau Insurance Services' Board of Directors - Biographies



**President**
CHARLES E. KRUSE
1007 Woodland
Dexter, MO 63841
(Stoddard County)
ckruse@mofb.com

Charles E. Kruse was re-elected to his seventh two-year term as president of the Missouri Farm Bureau Federation, the state's largest farm organization. The election occurred at Missouri Farm Bureau's 90th annual meeting December 2004. Kruse and his wife, Pam, own and operate a row crop farm in Stoddard County. He is a past executive vice president and CEO of the North American Equipment Dealers Association, a past director of the Missouri Department of Agriculture, a former member of the University of Missouri Board of Curators, and a former research agronomist at the University's Delta Center in Portageville. Additionally, Kruse is a retired brigadier general of the Missouri National Guard. Most recently, Kruse received the 2004 Leader in Agriculture Award from Agriculture Future of America. In 2001, he was appointed to the board of directors of the Federal Agricultural Mortgage Corporation (FARMER-MAC). USDA Secretary Ann Veneman appointed Kruse to the Agricultural Technical Advisory Committee for Trade in Grains, Feed and Oilseeds where he served until his appointment by President George W. Bush in April 2003 to the Advisory Committee for Trade Policy and Negotiations. He also served as a member of the Commission on 21st Century Production Agriculture, which provided the framework for the new farm bill, and is currently a member of the American Farm Bureau Federation Board of Directors. Kruse earned a degree in agronomy from Arkansas State University in 1967, and a Master of Science degree in agronomy from the University of Missouri in 1973. He is the recipient of the University of Missouri Faculty Alumnus and Ag Alumnus of the Year awards, and the Arkansas State University Outstanding Alumni Award.



**Vice President**
BLAKE HURST
30208 150th Street
Westboro, MO 64498
(Atchison County)

Blake Hurst was re-elected vice-president of the Missouri Farm Bureau Federation during the organization's 91st annual meeting in 2005. He was first elected to the position in 2003. Hurst served on the Missouri Farm Bureau board of directors between 1994 and 2002, representing District 1 in the northwest area of the state. He is a past Young Farmers & Ranchers (YF&R) state committee chairman and served on the American Farm Bureau YF&R committee. He also serves as Atchison County Farm Bureau president. He and his wife, Julie, operate a row crop farm with his father, Charles, brothers Kevin and Brooks, nephew Brooks, and son-in-law Ryan Harms. All row crop fields utilize no-till. Their daughter, Lee Harms, is head grower for the greenhouse operation that includes four acres, two of which are under roof. Hurst Greenery is a wholesale greenhouse, selling bedding plants in four states. Hurst is a member of the Missouri corn and soybean growers associations. He is also a freelance writer with numerous agricultural articles published in Reader's Digest, Wilson Quarterly and Wall Street Journal. He is the author of a book, Real Life, featuring a collection of his essays. The Hursts have three children and a grandchild.



**District 1**
HAL SWANEY
15855 Country Lane
Platte City, MO 64079
(Platte County)

Hal Swaney was elected to a second two-year term to the board of directors at the organization's 90th annual meeting December 2004. Swaney represents District 1, the northwest area of the state. Swaney and his wife, Peggy, farm 2,500 acres, producing corn, soybeans and tobacco north of Kansas City. He also operates an 85-head cow herd. He has been Platte County Farm Bureau's Farm-PAC chairman for 22 years, and served as Northwest Farm-PAC chairman for 10 years. He is a past county president and membership chairman and has been a member of many Missouri Farm Bureau resolutions committees. Swaney has hosted numerous farm visits for foreign visitors and has spoken before congressional hearings and forums on topics such as the Missouri River and property rights. A University of Missouri agricultural economics graduate, Swaney has served on the College of Agriculture's Advisory board. He is president of the Missouri Council for Burley Tobacco Inc. and past president of the Platte City Lions Club, Platte County Extension, and the Eleemosynary Society. He was a member of the Agricultural Leadership of Tomorrow, Class II. Swaney was appointed to the Farmland Cooperative Legislative Team in 1988 and still serves as a team member.



**District 2**
TODD HAYS
6668 County Road 245
Monroe City, MO 63465
(Marion County)

Todd Hays was elected for a two-year term to the board of directors at the organization's 90th annual meeting December 2004. Hays represents District 2, encompassing the north central area of the state. Hays also served as an advisory member on the Missouri Farm Bureau Board of Directors during 2003 when he was chairman of the Missouri Farm Bureau Young Farmers and Ranchers (YF&R) Committee. Hays and his wife, Rosanne, operate a diversified farming operation in a partnership with Rosanne's father and her brother. Hays is currently involved in a 1,500-acre row crop operation and a 700-sow farrow-to-finish enterprise. Aside from the main farm, Todd, Rosanne and their children have a 15-acre Christmas tree farm. He is a fifth-generation farmer. The Marion County Farm Bureau member is the county vice-president and in the past has been the YF&R chairman, member of the state YF&R Committee, and state Resolutions Committee member. He has also been involved in the Knights of Columbus, Marion County Fair board, Monroe City Agri-leaders, and Monroe City R-1 school board. Hays was the 1997 Missouri Outstanding Young Farmer, 2004 FFA Honorary Chapter Farmer, and awarded the FFA State Farmer Degree in 1984. The couple has two children, Donnie, age 13, and Juliana, age 9.



**District 3**
PAUL LePAGE
1003 Rock Hills Road
Jefferson City, MO 65109
(Cole County)



**District 3**
PAUL LePAGE
1003 Rock Hills Road
Jefferson City, MO 65109
(Cole County)
Paul LePage was elected to a second two-year term to the board of directors at the organization's 90th annual meeting December 2004. LePage represents District 31, the east central area of the state.



**District 4**
J. DWAYNE SCHAD
14227 Highway 52
Versailles, MO 65084
(Morgan County)
Dwayne Schad was elected for a two-year term to the board of directors at the organization's 90th annual meeting December 2004. Schad represents District 4, encompassing the west central area of the state. Schad and his wife, Amy, operate a 500-acre farm raising soybeans, corn, milo, wheat and hay and have a 100-head cow-calf operation. In his years of active involvement with Farm Bureau, Schad has served on the membership committee and as county Young Farmer & Rancher chairman, beef commodity chairman, and county delegate. Currently, he is vice-president and commodity chairman for the Morgan County Farm Bureau. Schad is very active in the Versailles community, serving as president of the Morgan County R-II School Board, as an MFA board member and delegate, and he has been involved with the Young Farmers and FFA Program Support Group. Schad also belongs to the Hopewell Union Church where he is deacon and past Sunday school teacher and superintendent. The Schads have four children, Greg, Becky, Melissa, and Bradley.



**District 5**
DENNY MERTZ
2349 Schoettler Rd
Chesterfield, MO 63017
(St. Louis County)

Denny Mertz, a Chesterfield, Mo., farmer, was elected to a two-year term on the Missouri Farm Bureau board of directors in December 2009 Mertz represents District 5 in the east central area of the state. Mertz has bachelor's and master's degrees in mechanical engineering from the University of Missouri-Rolla. For 26 years, he was an engineering supervisor for Emerson Electric. He grew up on a vegetable farm in St. Louis County and after college Mertz began farming part-time, renting small parcels of farmland. He and his wife, Valerie, expanded the operation north of Elsberry, Mo. Today, he farms full-time, caring for 450 acres of corn and soybeans on his farm and working on the 1,100-acre Warren Stemme farm in western St. Louis County. Mertz is St. Louis County Farm Bureau president and chairman of the St. Louis FARM PAC. He has been on a number of Farm Bureau state committees, such as the resolutions committee, soybean advisory committee as chairman, and the term limit/political contribution task force. He is a member of several commodity organizations, the St. Louis Agribusiness Club, St. Louis County Extension Council, and is on the board of the Agricultural Leadership of Tomorrow. His family has been St. Louis County Farm Family of the Year, and he was the American Soybean Association/Dupont Young Leader for Missouri in 2006.



**District 6**
ALLEN ROWLAND
18880 State Highway D
Dexter, MO 63841
(Stoddard County)

Allen Rowland, a Dexter, Mo., farmer, was elected to a two-year term on the Missouri Farm Bureau board of directors during the organization's 93rd annual meeting December 2007. Rowland will represent District 6 in the southeast area of the state. Rowland grows corn, soybeans, wheat and rice on 2,700 acres near Dexter in partnership with his son, Chris, and his brother, Terry. At age 77, Rowland's father, John, continues to help in the operation. The Rowlands grow certified seed and in 2007, Chris grew organic crops on 260 acres of rented ground. Rowland is a Stoddard County Farm Bureau board member, a past county president, and secretary-treasurer of the 8th District Missouri Farm Bureau FARM-PAC. He has also served on the state Farm Bureau Resolutions Committees since becoming a member in 1992. He served in the Tennessee Air Guard from 1969 to 1975. He and his wife, Tonda, also have a daughter, Lora, of Chaffee, Mo. The couple is active in the Liberty Hill Baptist Church were he is a trustee.



**District 7**

CARL BASTIN

19352 County Road 60

Jasper, MO 64755

(JASPER COUNTY)

Carl Bastin was re-elected to a two-year term on the board of directors during the organization's 91st annual meeting December 2007. Bastin was first elected in 2003 to serve on the board representing District 7 in southwest Missouri. Bastin farms 1,100 acres of row crops in Jasper County and maintains a 100-head cow/calf herd. He also grows hay on 300 acres, operating a custom hay baling and combining business, and finds time to sell planting seeds as a DeKalb seed dealer. A Farm Bureau member for 40 years, Bastin is president of the Jasper County Farm Bureau and secretary of the 7th District Missouri Farm Bureau Farm-PAC. He is a recipient of the FFA American Farmer Degree and most recently received the Outstanding Leader Award from Southwest Missouri State University (now Missouri State University). He has also been very involved on the Jasper County planning and zoning committee. Bastin and his wife, Beth, have two grown children, Robyn McDowell of Jasper, and Robert Bastin of Golden City.



**District 8**

LEON KREISLER

1465 County Road 2090

Salem, MO 65560

(Dent County)

Leon Kreisler was re-elected to a two year term on the board of directors at the organization's 91st annual meeting in December 2007. Kreisler was first elected in 2004 to a one-year to represent District 8 in the south-central area of the state. He and his wife, Helen, farm 480 acres, managing a 100-cow/calf operation in Dent County. Kreisler obtained a B.S. degree in engineering from the Missouri School of Mines, received his M.B.A. from the University of Illinois, and was general superintendent of Natural Gas Pipeline Company of America. Currently, Kreisler is president of the Dent County Farm Bureau and in the past served as county legislative committee chairman. He is also involved with the Missouri Soil and Water Commission, serves as a director with the Missouri Forage and Grassland Council and the Salem Memorial District Hospital, and is a past recipient of the State Grassland Farmer of the Year award.



**South Director at Large**
TERIBETH SPARGO
Route #1, Box 108
Neelyville, MO 63954
(RIPLEY COUNTY)

Teribeth Spargo was elected to a two-year term on the board of directors, representing the South District at Large area of the state, at the organization's 94th annual meeting in December 2008. As a board member, she will also co-chair the state Promotion and Education Committee. The committee is responsible for agriculture in the classroom projects and other promotional activities.Teribeth and her husband, Will, farm 3,000 acres of rice and soybeans in Missouri and northeast Arkansas in partnership with Will's parents and grandparents. Teribeth is a former elementary school teacher who now works on the farm and raises their two children, Ricanna, age 7, and Bryce, age 3, as of December 2008. They have served on the Missouri Young Farmers and Ranches Committee. Will is Ripley County Farm Bureau president and Teribeth is county promotion and education chair.



**North Director at Large**
BARBARA WILSON
718 S. Jefferson
Mexico, MO 65265
(Audrain County)

Barbara Wilson was re-elected to a two-year term on the board of directors at the 91st annual meeting in December 2005. She represents the North District-at-Large. As a district-at-large board member, Wilson also serves as vice-chair of the MFB Promotion and Education (P&E) Committee. Wilson is currently president of Audrain County Farm Bureau, were she has also served as vice-president, treasurer and P&E chairman. On a state level, she is a past member of Farm Bureau's Resolutions Committee. Other activities include being a member of the Farm Services Agency State Committee and Governor's Advisory Committee on Agriculture. Wilson served on a special Speaker's Task Force on Agriculture in 2003-2004. Locally, she is involved in the Mexico Area Chamber of Commerce and Boy Scouts. She is the recipient of the Dale H. Schnarre Rural Citizen Award and Boy Scouts of America Award of Merit. Wilson and her husband, Bruce, have two children, Matthew, age 15, and Allison, age 17. A pension administrator for 22 years, Wilson and her family farm 1,100 acres of corn and soybeans north of Mexico.



**Board Advisory Member**

GLEN COPE

2508 Farm Rd 1180

Aurora, MO 65605

(Barry County)

Glen Cope, a farmer from Aurora, Mo., was appointed chairman of the Missouri Farm Bureau Young Farmers and Ranchers (YF&R) Committee in December 2009. The appointment was made by Charles Kruse, Missouri Farm Bureau president. The MFB YF&R Committee consists of 16 couples from eight districts. The group plans and directs the statewide YF&R Leadership Conference each February. As chairman of the committee, Cope also serves as an advisory member on the Missouri Farm Bureau Board of Directors. Cope graduated from Missouri State University in 2002 with a degree in animal science. As a rancher, he cares for a beef cattle herd on 3,000 acres. He is a board member, secretary and treasurer for the Barry County Farm Bureau. At the state level, Cope is chairman of the MFB Beef Advisory Committee. He is a member of Agricultural Leaders of Tomorrow Class 12, a member of Congressman Roy Blunt's Agriculture Advisory Committee, and a past president of the Southwest Missouri Cattlemen's Association.

Home About Us Contact Us Privacy Policy Pay On-line Site Map

Content Protected Copyright © 2010 Missouri Farm Bureau.

Reproduction in whole or in part in any form or medium without express written consent of Missouri Farm Bureau is strictly Prohibited.

Please read our Legal Notice.