# Christopher T Saucedo

| | |
|---|---|
| **From:** | Bartle, Matthew V. <MBartle@gbmglaw.com> |
| **Sent:** | Friday, September 03, 2010 6:25 AM |
| **To:** | DulickT@CTT.com; hurstgreenery@gmail.com; bgoodside@earthlink.net |
| **Cc:** | csaucedo@saucedolaw.com |
| **Subject:** | MSE, AutoLady and GMF v. Southwest Re, arbitration |
| **Attachments:** | imagea36203.bmp@ec8020a1.ba1c4a2b |

Gentlemen, you may have received correspondence from Christopher T. Saucedo, attorney for Respondent Southwest Reinsure, Inc., indicating that he had filed a complaint in New Mexico state court asking the Court to stop the arbitration from going forward on September 8, 2010. Please do NOT cancel your travel arrangements unless you are provided with a Court order cancelling the arbitration hearing.

Petitioners MSE, AutoLady and GMF are contesting this last minute effort by Southwest Re to thwart the arbitration process established by Southwest Re in the contact it drafted.

Matthew V. Bartle
[cid:imagea36203.bmp@ec8020a1.ba1c4a2b]
1100 Main Street, Suite 2700
Kansas City, MO 64105
phone: (816) 305-6288
fax: (816) 256-5958
mbartle@gbmglaw.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.