# Christopher T Saucedo

| | |
|---|---|
| **From:** | Bartle, Matthew V. <MBartle@gbmglaw.com> |
| **Sent:** | Monday, September 06, 2010 5:49 PM |
| **To:** | DulickT@CTT.com; hurstgreenery@gmail.com; bgoodside@earthlink.net |
| **Cc:** | csaucedo@saucedolaw.com |
| **Subject:** | Hearing Start Time |
| **Attachments:** | image943d32.bmp@2de64224.660e42aa |

Arbitrators, Respondent Southwest Reinsure, Inc. (SWRE) has asked a New Mexico state court to stop the arbitration from going forward. The court has set the hearing on this motion for 8:15am Mountain time on September 8, 2010, the day the arbitration is scheduled to begin. Please do not change your travel arrangements. We will plan to go forward with the arbitration in the Sage conference room of the Hyatt, Albuquerque, at 10:00am. This later start time will allow the parties to attend the TRO hearing. If the parties are not there at 10:00am, please wait for us. The hearing should be over before 10:00am. If the Court issues an Order forbidding the arbitration from going forward, you will be compensated for your time and expenses.

Matthew V. Bartle
[cid:image943d32.bmp@2de64224.660e42aa]
1100 Main Street, Suite 2700
Kansas City, MO 64105
phone: (816) 305-6288
fax: (816) 256-5958
mbartle@gbmglaw.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.